# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHERYL ANN JENNINGS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>  Defendant. | Case No. C10-1843-TSZ<br><br>ORDER DISMISSING CASE |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, docket no. 18, to which no objection has been filed, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED and this case is DISMISSED with prejudice.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 26th day of October, 2011.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING CASE
PAGE - 1